IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOLAND MARINE & INDUSTRIAL, PLAINTIFF, | § § § | |
| V. | § § | |
| BOUCHARD TRANSPORTATION CO., INC., DEFENDANT, | § § § § | CAUSE NO. 1:20-CV-66-LY |
| WELLS FARGO BANK, N.A., GARNISHEE. | § § § § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

Before the court in the above-styled and numbered cause is Defendant Boland Marine & Industrial's ("Boland") Opposed Emergency Motion to Vacate January 23, 2020, Order of Attachment and Brief in Support, filed January 30, 2020 (Dkt. No. 12). The case was referred to a United States Magistrate Judge for report and recommendation. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72; Loc. R. W. D. Tex. Appx. C, R. 1(d). The magistrate judge signed a report and recommendation on February 28, 2020 (Dkt. No. 29), recommending that this court deny Boland's motion.

A party may serve and file specific written objections to the proposed findings and recommendations of a magistrate judge within 14 days after being served with a copy of the report and recommendation and thereby secure *de novo* review by the district court. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed

factual findings and legal conclusions accepted by the district court. *See Douglass v. United Services Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc). The record shows that all parties had notice of the report and recommendations by February 28, 2020 and that objections were due on or before March 13, 2020. Bouchard Transportation Co. Inc. ("Bouchard") filed objections to the report and recommendation on March 13, 2019 (Dkt. No. 34).

In light of the objections, the court has undertaken a *de novo* review of the motions, responses, replies, objections, applicable law, and entire record in the cause. The court is of the opinion that the objections do not raise any issues that were not adequately addressed in the report and recommendation. Therefore, finding no error, the court will accept and adopt the report and recommendation as filed for substantially the reasons stated therein. Accordingly,

**IT IS ORDERED** that Bouchard's objections to the report and recommendation of the United States Magistrate Judge are **OVERRULED**.

**IT IS FURTHER ORDERED** that the report and recommendation of the United States Magistrate Judge filed February 28, 2020 (Dkt. No. 29) is **ACCEPTED AND ADOPTED** by the court.

**IT IS FURTHER ORDERED** that Boland's Opposed Emergency Motion to Vacate January 23, 2020, Order of Attachment, filed January 30, 2020 (Dkt. No. 12) is **DENIED**.

SIGNED this 26th day of March, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE